AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 JUL 21  AM 11:12

OFFICE OF THE CLERK

| United States District Court | District: NEBRASKA |
|---|---|
| Name (under which you were convicted): CLARENCE MCKNELLY | Docket or Case No.: 8:25CV467 |
| Place of Confinement: Omaha Correctional Center (OCC) 2323 East Ave., 'J' Street, Omaha, NE 68110 | Prisoner No.: 220402 |
| Petitioner (include the name under which you were convicted) CLARENCE MCKNELLY | Respondent (authorized person having custody of petitioner) v. STATE of NEBRASKA, (NDCS) DIRECTOR, ROB JEFFREYS |
| The Attorney General of the State of: Nebraska | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   DOUGLAS COUNTY DISTRICT COURT, NEBRASKA
   300 Hall of Justice, Omaha, Nebraska 68183

   (b) Criminal docket or case number (if you know): CR 182-568 / CR 0931302

2. (a) Date of the judgment of conviction (if you know): 05/14/2010

   (b) Date of sentencing: 05/14/2010

3. Length of sentence: 1yr to 16 months

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   SEXUAL ASSAULT OF CHILD CLASS IIIA FELONY
   1yr to 16 months

   RECEIVED
   JUL 21 2025
   U.S. DISTRICT COURT
   CLERK

6. (a) What was your plea? (Check one) NO PLEA

   ☐ (1) Not guilty       ☒ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

 (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ROBBERY CLASS II Felony, 2 to 3 years

 (c) If you went to trial, what kind of trial did you have? (Check one)

  ☐ Jury ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

  ☐ Yes ☒ No

8. Did you appeal from the judgment of conviction?

  ☐ Yes ☒ No

9. If you did appeal, answer the following:

 (a) Name of court: _____

 (b) Docket or case number (if you know): _____

 (c) Result: _____

 (d) Date of result (if you know): _____

 (e) Citation to the case (if you know): _____

 (f) Grounds raised: _____

 (g) Did you seek further review by a higher state court? ☐ Yes ☒ No

  If yes, answer the following:

  (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

   (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes  ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☒ No

    (7) Result: _____

AO 241 (Rev. 09/17)

   (8) Date of result (if you know): _____

 (b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

_____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☒ No

   (7) Result: _____

   (8) Date of result (if you know): _____

 (c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding: _____

   (5) Grounds raised:

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes   ☒ No
(2) Second petition:  ☐ Yes   ☒ No
(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** ACTUAL INNOCENCE: MISCARRIAGE OF JUSTICE; Never Plead to the Thrid Degree Sexual Assault of Child.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Plaintiff was incarcerated during the alleged criminal act from the date indicated, (June 2008); Plaintiff was arrested and had not posted Bond; Plaintiff ~~was~~ had ~~his~~ hearing and plead guilty to the 3rd Degree Sexual Assault of Child.

(b) If you did not exhaust your state remedies on Ground One, explain why: No; had no Knowledge that I ~~bring~~ sentenced for the above charge until I received the sentence And "Discovery" from the Public Defenders Office on and saw the additional Charges. One year (ADPA) has elapsed.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

  (2) If you did not raise this issue in your direct appeal, explain why: _See (b)_

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

  ☐ Yes  ☒ No

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
  (4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _See (b)_

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: None

**GROUND TWO:** KVI - Sixth Amendment Ineffective Assistance Counsel; Failure to Advise of Charges or sentencing proceedings or procedures.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(1) Plaintiff received no advise from Public Defender concerning any Charges during or after proceedings for "Robbery"; (2) Failure to advise that there was other charges pending for Sexual Assault on Child; (3) Counsel also failed to provide Discovery on every case that was pending in his/her possession which would have allowed me to make a Knowingly, Voluntary And Intelligently waiver of my rights prior to Changing any plea.

(b) If you did not exhaust your state remedies on Ground Two, explain why: Had no knowledge until Public Defender provided discovery, which was the Newly Discovery of the Evidence.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:**   14th Amendment Due Process Violation and Malicious Prosecution, Failure to provide Discovery (Newly Discovered Evidence)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to provide defendant due process during all phases of his Court proceedings in that he had not received evidence that indictment was filed on 3rd Degree Sexual Assault on Child, or explain any rights prior to his sentencing for Robbery; Prosecutor's filed charges and defendant was incarcerated during the alleged criminal act and

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: ran defendant through the Court proceedings finding him guilty without Knowledge of his Civil Rights.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: 

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _All grounds have not been presented, because I have just been provided (New Evidence) that I was sentenced for a crime that I did not commit by the Public Defenders Office on 11-28-2009._

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _Same as above (13.)_

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Buffalo County Public Defender, Michelle Mitchell; And Douglas County Public Defender, Steve Kraft.

(b) At arraignment and plea: ″

(c) At trial:

(d) At sentencing: ″

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:
(c) Give the length of the other sentence:
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Plaintiff just received (Discovery) from attorney, and all the information and evidence is New Discovered.

Page 14 of 16

AO 241 (Rev. 09/17)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Evidentiary Hearing to establish that the criminal act of (3rd Degree Assault on Child) was not committed; And to have said charges Vacated and Removed from his current sentence record._

or any other relief to which petitioner may be entitled.

_Clarence McNelly_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _7-7-25_ (month, date, year).

Executed (signed) on _7-7-25_ (date).

General Notary - State of Nebraska
MARK CRAWFORD
My Comm. Exp. Jan. 22, 2029

_Clarence McNelly_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Page 16 of 16

Omaha Correctional Center
Individual's name: Savent McKinley
Individual's # 220402
PO BOX 11099 Omaha NE 68111
Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. It's contents are uncensored.



LEGAL MAIL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
CLERK OF THE COURT
111 So. 18th Plz, Ste #1152
Omaha, Nebraska 68102

LEGAL MAIL

RECEIVED
JUL 21 2025
CLERK
U.S. DISTRICT COURT